Cat08, MDL, Termed, Vecchiar

**U.S. District Court**
**Northern District of Ohio (Cleveland)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-03027-DCN**

Corley v. Davol Inc. et al
Assigned to: Judge Donald C. Nugent
Case in other court: Cuyahoga County Court of Common Pleas, CV 07 636201
Cause: 28:1446pl Petition for Removal - Product Liability

Date Filed: 10/04/2007
Date Terminated: 11/15/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Vicki L. Corley** represented by **Colin P. Sammon**
Novak, Robenalt & Pavlik
950 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113
216-781-8700
Fax: 216-781-9227
Email: csammon@nrpslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas D. Robenalt**
Novak, Robenalt & Pavlik
950 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113
216-781-8700
Fax: 216-781-9227
Email: trobenalt@nrpslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.** represented by **Jeffrey S. Moeller**
Hermann, Cahn & Schneider
Ste. 500
1301 East Ninth Street
Cleveland, OH 44114
216-781-5515
Fax: 216-781-1030

Email: jmoeller@hcsattys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Jeffrey S. Moeller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2007 | 1 | **Notice of Removal** from Cuyahoga County Court of Common Pleas, case number CV 07 636201 with jury demand. Filing fee $ 350, receipt number 14660012634. Filed by Davol Inc. & C.R. Bard, Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Civil Cover Sheet)(C,BA) (Entered: 10/05/2007) |
| 10/04/2007 | | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge Vecchiarelli. (C,BA) (Entered: 10/05/2007) |
| 10/04/2007 | | Notice by Clerk that Davol Inc. and C.R. Bard, Inc. failed to file a corporate disclosure statement as required by Local Rule 3.13(b). (C,BA) (Entered: 10/05/2007) |
| 10/05/2007 | 2 | Corporate Disclosure Statement filed by Davol Inc.. (Moeller, Jeffrey) (Entered: 10/05/2007) |
| 10/05/2007 | 3 | Corporate Disclosure Statement filed by C.R. Bard, Inc.. (Moeller, Jeffrey) (Entered: 10/05/2007) |
| 10/22/2007 | 4 | **Answer** to Complaint with Jury Demand (Related Doc # 1 ) filed by Davol Inc., C.R. Bard, Inc.. (Moeller, Jeffrey) Modified to correct link on 10/24/2007 (C, Br). (Entered: 10/22/2007) |
| 11/15/2007 | 5 | **Conditional Transfer Order (CTO-7)** by the Judicial Panel on Multidistrict Litigation. In re: MDL 1842 Kugel Mesh Hernia Patch Products Liability Litigation. Case transferred to the District of Rhode Island and assigned to the Honorable Mary M. Lisi. (RI Case Number 07-1951). (S,R) (Entered: 11/15/2007) |
| 11/15/2007 | | Case sent to District of Rhode Island on 11/15/07 through CM/ECF. Related document(s) 5 . (S,R) (Entered: 11/15/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 14:34:58 | | | |
| PACER Login: | us6061 | Client Code: | |

| | | | |
|---|---|---|---|
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-03027-DCN |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |